**Dismissed and Memorandum Opinion filed September 24, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00241-CV

---

### LISA PRIYMAK AND GAREGUIN STEP, Appellants

### V.

### KROGER CO., Appellee

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2014-19634**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed February 24, 2015. The clerk's record was filed June 19, 2015. No reporter's record or brief was filed.

On August 6, 2015, this court issued an order stating that unless appellant submitted a brief on or before August 21, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.